uary 8, 1913.) Action by Joseph Vojtoisovicsh, an infant, etc., against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.

In re VOXMAN. (Supreme Court, Appellate Division, First Department. January 24, 1913.) In the matter of William Voxman. No opinion. Application granted. Settle order on notice. See, also, 148 App. Div. 286, 132 N. Y. Supp. 217.

In re WALSH. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of Joseph A. Walsh, an attorney. No opinion. Motion granted, and respondent suspended from practice for a period of three years from the date of the entry of the order herein.

WALSH, Respondent, v. SHEEHY, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by John A. Walsh against Frank Sheehy.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict of the jury as to alienation of the affections of plaintiff's wife by defendant was not sufficiently justified by the evidence.

WARD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by William Ward against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the verdict of the jury on the question of defendant's negligence is contrary to and against the weight of the evidence.

ROBSON, J., dissents.

WASHBURN et al., Respondents, v. SALMON, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Albert H. Washburn and another against William Salmon. No opinion. Motion denied, with $10 costs. See, also, 138 N. Y. Supp. 1148.

WATSON v. BEAVER. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by John H. Watson against William Beaver. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 152 App. Div. 947, 137 N. Y. Supp. 1148.

WEINSTEIN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Nathan Weinstein against the City of New York. No opinion. Application granted. Order signed.

WEINUS v. LIGHT et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Morris Weinus against Benjamin Light and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 127 N. Y. Supp. 465.

WELLS, Appellant, v. SCOFIELD, Respondent. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by Aaron Wells against Carrie L. Scofield, as administratrix, etc., of Frederick R. Scofield, deceased. No opinion. Motion granted, with $10 costs, unless the appellant serves his case and brings the same on for argument at the March term, in which case motion denied, without costs. See, also, 138 N. Y. Supp. 1148.

WESTER et al., Respondents, v. CASEIN CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Juan E. Wester and others against the Casein Company of America. C. J. Hardy, of New York City, for appellant. P. B. Olney, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 442, 125 N. Y. Supp. 335.

In re WHITE. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of William H. White, an attorney. No opinion. Matter referred to Hon. William D. Dickey, official referee, for hearing and report, with his opinion.

WHITE et al. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Maud S. White and others against the city of New York and Bryant Seaman. No opinion. Judgment affirmed, with costs.

WHITE, Respondent, v. POWLEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Daniel White against Joseph L. Powley, and others. No opinion. Judgment and order unanimously affirmed, with costs.

WHITE v. SCHWEITZER et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Appeal from Trial Term, Nassau County. Action by William E. White against Nathan Schweitzer and another. From a judgment for defendants, plaintiff appeals. Reversed, and new trial granted. See, also, 149 App. Div. 954, 133 N. Y. Supp. 1149. Hartwell Cabell, of New York City, for appel-